AO450 (NVD Rev. 2/18) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Board of Trustees of the Construction Industry
and Laborers Health and Welfare Trust et al.,

Plaintiffs,

v.

Santos Enterprises, LLC,

Defendant.

JUDGMENT IN A CIVIL CASE

Case Number: 2:23-cv-00832-JCM-EJY

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

X **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

DEFAULT JUDGMENT entered in favor of Plaintiffs, Board of Trustees of the Construction Industry and Laborers Health and Welfare Trust, Board of Trustees of the Construction Industry and Laborers Joint Pension Trust, Board of Trustees of the Construction Industry and Laborers Vacation Trust, and Board of Trustees of the Southern Nevada Laborers Local 872 Training Trust, and against Defendant, Santos Enterprises, LLC, in the amount of $27,459.50.

07/27/2026
Date

DEBRA K. KEMPI
Clerk

/s/ RJDG
Deputy Clerk